IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF MONEY GROWTH SOLUTIONS<br>_____/ | NO.  06-SW-0089 DAD |
| DONALD CHARLES MANN AND RONALD WESLEY GROVES,<br>          Movants,<br>_____/ | <u>ORDER DENYING MOTION</u><br><u>TO QUASH SEARCH WARRANT</u> |

     On April 13, 2006, upon considering the affidavit of FBI Special Agent Richard Snodgrass which was sworn to in the court's presence, the undersigned issued the above-numbered search warrant. On April 18, 2006, the search warrant was returned before the undersigned and filed with the court.

     On April 27, 2007, Donald Charles Mann and Ronald Wesley Groves, purporting to act for Money Growth Solutions, filed a document with the court entitled "Notice: Quash of Search Warrant 2:06 - SW - 0089 DAD."  A hearing date of May 29, 2007 at 10:00 a.m. was referred

1

1 to on the face of the notice with no courtroom indicated.[1]  This
2 notice was not brought to the undersigned's attention until May 23,
3 2007.  On May 25, 2007, the movants filed another documents with the
4 court entitled "Notice: Default of Quash of Search Warrant" in which
5 they apparently complain of the government's failure to respond to
6 their "Notice: Quash of Search Warrant."

7       The undersigned has reviewed the movants' "Notice."  The
8 document is difficult to decipher and is in large part
9 incomprehensible.  Nonetheless, it appears movants argue that: this
10 court lacks personal jurisdiction over them; the warrant is
11 constitutionally invalid because the executing agents presented only a
12 copy of the warrant at the time of execution and not the supporting
13 affidavit; and the search warrant was not issued by a proper court of
14 the United States. In addition, movants appear to complain about the
15 manner in which the warrant was executed.

16       The court will liberally construe the "Notice" as a motion
17 for return of property brought pursuant to Fed. R. Crim. P. 41(g).  As
18 indicated above, the document filed by movants is in large part
19 incomprehensible.  To the extent movants' arguments can be deciphered,
20 they are frivolous and present no basis for the granting of a motion
21 brought pursuant to Rule 41.  In light of the frivolous nature of

---

[1] Court records also reflect that on September 11, 2006, Mr. Mann filed with the court a document entitled "Notice of Offer of Proof Notice of Void Search Warrant and Libel of Review in the Nature of Conditional Acceptance of Order and Search Warrant; Notice of Waiver of Tort."  This confusing, rambling document was, in any event, clearly not a notice of motion and sought no order from the court.  Accordingly, it was placed in the court file by the Clerk of the Court and otherwise disregarded.

2

1 | movants' filing, no opposition from the government will be required
2 | and no hearing on the motion is deemed necessary.
3 |      Accordingly, movants' "Notice: Quash of Search Warrant,"
4 | construed as a motion for return of property is denied.
5 |      IT IS SO ORDERED.
6 | DATED: May 25, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/MSG.R41.denied.wpd

3